IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Angelo Ham, #315014,<br>a.k.a. Angelo Bernard Ham,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Anthony J. Padula, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 6:10-3058-JMC-KFM<br><br>**O R D E R** |

　　　　　This matter is before the court on the plaintiff's motion to compel (doc. 44). The plaintiff, an inmate at Lee Correctional Institution ("LCI") who is proceeding *pro se*, alleges that he has not been allowed to order a copy of the Georgetown Law Journal and the defendants have violated his "medical rights" because he was denied treatment for his dry skin.

　　　　　Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983.

　　　　　In his motion to compel, the plaintiff contends that defendants Padula, Brooks, and McDonald have failed to fully answer the interrogatories he served upon them. Defense counsel was served with a First Set of Interrogatories to defendant Padula on March 8, 2011, to defendant Brooks on February 21, 2011, and to defendant McDonald on February 28, 2011. Defense counsel served responses on behalf of the three defendants on March 29, 2011 (def. resp. to m. to compel, ex. A). This court has reviewed the defendants' responses to the interrogatories and finds that the responses are complete, and the plaintiff's motion is wholly without merit.

　　　　　Wherefore, based upon the foregoing, the plaintiff's motion to compel (doc. 44) is denied.

　　　　　IT IS SO ORDERED.

| | |
|---|---|
| April 26, 2011<br>Greenville, South Carolina | s/Kevin F. McDonald<br>United States Magistrate Judge |